IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOTAL WALL, INC.,

                Plaintiff,                              ORDER

v.

                                                               09-cv-404-wmc

WALL SOLUTIONS SUPPLY, LLC,

                Defendant.

Based on the record as a whole, including defendant's failure to retain new counsel and appear at today's hearing to respond to the court's order to show cause why default should not be entered against defendant,

    IT IS ORDERED that:

(1)    default be entered in favor of plaintiff on all claims and counterclaims in this matter;

(2)    plaintiff shall have seven (7) days to submit and serve in affidavit form proof of its damages in this matter;

(3)    defendant shall have seven (7) days to respond; and

(4)    as appropriate, the court will either enter default judgment based on these submissions or set the matter over for hearing.

Entered this 5th day of August, 2010.

                                                    BY THE COURT:

                                                    /s/

                                                    _____
                                                    WILLIAM M. CONLEY
                                                    District Judge