IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOTAL WALL, INC.,

    Plaintiff,

v.

WALL SOLUTIONS SUPPLY, LLC,

    Defendant.

DEFAULT JUDGMENT

Case No. 09-cv-404-wmc

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

AUG 2 6 2010

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Total Wall, Inc. against defendant Wall Solutions Supply, LLC in the amount of $192,129.96.

_____
Peter Oppeneer, Clerk of Court

_____8/26/10_____
Date